# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CR-135-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COREY J. BAKER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Seal Government Response" (Document No. 159) filed June 26, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Seal Government Response" (Document No. 159) is **GRANTED**.

**IT IS FURTHER ORDERED** that the "Government's Response In Opposition To Defendant's Motion For Compassionate Release" (Document No. 155) shall be under seal until further Order of this Court.

Signed: June 29, 2020

David C. Keesler
United States Magistrate Judge