IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00135-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| COREY J. BAKER (3) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for compassionate release based on the COVID-19 pandemic, (Doc. No. 148), a supplemental motion, (Doc. No. 151), and the government's response, (Doc. No. 154). However, the defendant has been released from custody. See https://www.bop.gov/inmateloc/

**IT IS, THEREFORE, ORDERED** that the defendant's motions related to compassionate release, (Doc. Nos. 148, 151), are **DISMISSED as moot**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: September 15, 2023

Robert J. Conrad, Jr.
United States District Judge